**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GLORIA GUTIERREZ,

    Plaintiff,

v.                                        CASE NO. 3:14cv271/MCR/EMT

INTEGRATED MEDICAL
TECHNOLOGIES USA, LLC, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated June 5, 2019. ECF No. 134. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 135.

Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted due to Plaintiff's failure to create a genuine issue of material fact through

admissible evidence on the issue of specific causation.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 134, is adopted and incorporated by reference in this Order.

2. Defendants' Motions for Summary Judgment Motions, ECF Nos. 105, 107, 113, are **GRANTED**.

3. Plaintiff's Motions for Summary Judgment, ECF Nos. 103, 121, 122, are **DENIED.**

4. All remaining motions are **DENIED** as moot.

5. The Clerk is directed to enter judgment in favor of Defendants and close this case.

**DONE and ORDERED** this 10th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**